IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
KIM L. BRAUN,                    )
                                 )
            Plaintiff,           )          8:05CV490
                                 )
        v.                       )
                                 )
COMMERCE BANCSHARES, INC.,       )          ORDER
                                 )
            Defendant.           )
_____ )
```

This matter is before the Court on plaintiff's motion for leave to file amended complaint (Filing No. 9).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to file amended complaint is granted; plaintiff shall have until March 17, 2006, to file an amended complaint.

DATED this 9th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court