IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIM L. BRAUN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV490 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMERCE BANK, N.A., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Nicole B. Theophilus to withdraw as counsel of record for defendant (Filing No. 15). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion of Nicole B. Theophilus to withdraw as counsel of record for defendant is granted.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court