IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

KIM L. BRAUN,                   )
                               )
          Plaintiff,           )          8:05CV490
                               )
     v.                        )
                               )
COMMERCE BANK, N.A.,           )          PROTECTIVE ORDER
                               )
          Defendant.           )
_____)

          The parties have agreed to entry of a protective order,
whereby they and their counsel will be given access to certain
confidential information and/or documents to be used solely for
purposes of the above-captioned Litigation (the "Litigation").
It is mutually understood by the parties, their counsel and
others whose assistance is necessary in conducting the Litigation
that they are to hold such information and/or documents in
confidence, using such information and/or documents only in
connection with the prosecution of the Litigation.  Therefore,

          IT IS ORDERED:

          1.  Confidential treatment as provided below may be
claimed by the parties for information and/or documents and any
portion or summary thereof produced by either party and marked
"CONFIDENTIAL" on the face of such information and/or document.
If either party designates any information and/or documents as
confidential, which the opposing party believes should not be

treated as confidential, the opposing party shall so notify the designating party in writing.  The designating party, within ten (10) days of service of such notification, shall file a motion seeking the Court's ruling as to the status of the information and/or documents at issue or else the classification of confidentiality for said information and/or documents shall be deemed automatically withdrawn.  The information and/or documents at issue shall be treated as confidential until the end of the tenth (10) day after service of notification by the opposing party or, if the designating party files a motion, until otherwise ordered by the Court.

2.   Information and/or documents produced by either party and designated as confidential by marking "CONFIDENTIAL" on the information and/or documents shall be disclosed only to the parties, their counsel of record, his/her/their clerical personnel and other persons whose assistance is necessary in conducting the Litigation, each of whom shall be bound by this Order.  Counsel shall provide a copy of this Order to the person or persons to whom confidential information and/or documents are disclosed.  The parties and their counsel shall not otherwise offer or permit disclosure of any confidential information and/or

documents, the contents thereof, or any portion or summary thereof, except in accordance with paragraphs (4) and (5) herein.

3.  Persons having knowledge of confidential information and/or documents by virtue of their participation in the conduct of the Litigation shall use such information and/or documents for the sole purpose of pursuing the Litigation and shall not disclose such confidential information and/or documents, their contents or any portion or summary thereof to any person or persons not involved in the conduct of the Litigation.

4.  The parties and their counsel shall have the right to use confidential information and/or documents as necessary for purposes of the Litigation.  By signing this agreement, the parties do not waive any right to object at trial to the admissibility of any information and/or document or portion thereof, to file a motion in limine regarding the use at trial of any information and/or document or portion thereof, or to request confidential treatment of any information and/or documents or portion thereof during trial.

5. In the event confidential information and/or documents, including any portion or summary thereof as well as deposition transcripts designated confidential are filed or

otherwise deposited with the Court, they shall be filed in an envelope bearing the following designation when deposited:

<u>CONFIDENTIAL</u>

IN ACCORDANCE WITH THE AGREEMENT
BETWEEN THE PARTIES THE CONTENTS OF
THIS ENVELOPE SHALL BE TREATED AS
CONFIDENTIAL AND MUST NOT BE SHOWN
TO ANYONE OTHER THAN COUNSEL OF
RECORD IN THIS CASE, PERSONS
ASSISTING SUCH COUNSEL, THE
PARTIES, THE COURT, COURT
PERSONNEL, AND OTHERS WHOSE
ASSISTANCE IS NECESSARY IN
CONDUCTING THE Litigation.

6.   Within thirty (30) days following final adjudication of the Litigation, including but not limited to final adjudication of any appeals or petitions for extraordinary writs, all copies of confidential information and/or documents shall be destroyed.  Counsel for the parties shall provide written certification to opposing counsel confirming that all confidential information and/or documents as well as all copies, abstracts and summaries thereof and all other materials incorporating confidential information and/or documents have been destroyed.

DATED this 26th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

OM-218351-2

-4-

Prepared and Submitted By:

                                                          s/

Angela M. Lisec
                        Angela M. Lisec (#21745)
                        Andrew S.  Meredith (# 23278)
                        BLACKWELL SANDERS PEPER MARTIN, LLP
                        1620 Dodge Street, Suite 2100
                        Omaha, NE 68102
                        Telephone (402) 964-5000
                        Facsimile  (402) 964-5050
                        alisec@blackwellsanders.com
                        ameredith@blackwellsanders.com

                        -and-

                        Jeffrey D. Hanslick (*pro hac vice*)
                        BLACKWELL SANDERS PEPER MARTIN, LLP
                        4801 Main Street, Suite 1000
                        Kansas City, Missouri 64112
                        (816) 983-8000
                        (816) 983-8080 (Facsimile)
                        jhanslick@blackwellsanders.com

                        ATTORNEYS FOR DEFENDANT COMMERCE BANK,
                        N.A.

Approved as to Form and Content By:

                        s/ Raymond R. Aranza
                        Raymond R. Aranza (#18523)
                        Brown & Brown, P.C., L.L.O.
                        P.O. Box 40
                        Omaha, NE 68101
                        Tel. (402) 346-5010
                        Fax  (402) 345-8853
                        rra@bblaw.us

                        ATTORNEY FOR PLAINTIFF

OM-218351-2                     -5-