IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
KIM L. BRAUN,                    )
                                 )
            Plaintiff,           )         8:05CV490
                                 )
      v.                         )
                                 )
COMMERCE BANK, N.A.,             )         ORDER
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion for extension of deadline (Filing No. 26). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Paragraph 4 of the Final Progression Order (Filing No. 12) is amended so that plaintiff has until October 20, 2006, to identify expert witnesses, including furnishing reports.

2) Defendant shall have until November 20, 2006, to identify expert witnesses, including furnishing reports.

3) In all other respects, all other dates in the Final Progression Order remain unchanged.

DATED this 13th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court