IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIM L. BRAUN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV490 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMERCE BANK, N.A., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Angela M. Lisec to withdraw as counsel of record for defendant. The Court notes Andrew S. Meredith and Jeffrey D. Hanslick of the same law firm will continue to represent defendant. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion of Angela M. Lisec to withdraw as counsel of record for defendant is granted. Angela M. Lisec is deemed withdrawn as counsel for defendant.

DATED this 13th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court