```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

KIM L. BRAUN,                   )
                                )
              Plaintiff,        )           8:05CV490
                                )
         v.                     )
                                )
COMMERCE BANK, N.A.,            )           ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 49). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 28th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court